UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DARRYL JACKSON,** | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
|   vs. | )   No. 4:04CV1603-DJS |
| | ) |
| **MORRISON MANAGEMENT,** | ) |
| | ) |
|        **Defendant.** | ) |

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED**, **ADJUDGED AND DECREED** that summary judgment is entered in favor of defendant Morrison Management and against plaintiff Darryl Jackson on all claims asserted in plaintiff's complaint.

Dated this ___16th___ day of March, 2006.

 

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE